# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2020

161303 & (11)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KEVIN COTTINGHAM,
        Defendant-Appellant.
_____/

SC: 161303
COA: 353329
Oakland CC: 1973-016366-FX

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 8, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2020



Clerk

b0519